**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02357-JLK

XSSENTIALS LLC,

    Plaintiff,

v.

SEAN ROETKER;
JUSTIN FAULK; and
TECHNIFI LLC,

    Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulated Motion to Dismiss with Prejudice (Doc. 16) pursuant to Fed.R.Civ.P. 41(a)(1)(A) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                        BY THE COURT:

December 18, 2015　　　　　　　／s／ John L. Kane
DATE　　　　　　　　　　　　　　　John L. Kane
　　　　　　　　　　　　　　　　　　Senior U.S. District Court Judge